WARSHAWSKY v. HOROWITZ.

(Supreme Court, Appellate Term.   February 25, 1901.)

TRIAL—EVIDENCE—FINDINGS—APPEAL AND ERROR.
 Where, in an action for the work done in the manufacture of cloaks, the
 amount of plaintiff's claim was admitted, and the trial court found in
 favor of the defendant on his counterclaim for loss caused by plaintiff
 spoiling certain garments, and such finding was not against the weight
 of evidence, the judgment should be affirmed.

Appeal from municipal court, borough of Manhattan, Fourth district.

Action by Isaac Warshawsky against Meyer Horowitz. From a judgment in favor of plaintiff for less than the amount sued for, plaintiff appeals. Affirmed.

Argued before ANDREWS, P. J., and O'GORMAN and BLANCH-
ARD, JJ.

C. L. Schurz, for appellant.
J. Friedman, for respondent.

ANDREWS, P. J.    The plaintiff sued to recover for work done as
an operator on cloaks and garments made for the defendant, who was
a manufacturer of such articles.    The defendant admitted that, except
for work alleged to have been spoiled by the plaintiff, the amount
due him was $86.20.    The defendant claimed that the plaintiff had
spoiled eight garments, causing a loss to the defendant of five dollars
each, and the trial justice, upon conflicting evidence, decided that
the claim of the defendant was well founded, and rendered judgment
in favor of the plaintiff for the sum of $46.20, without costs.    That
decision is not against the weight of evidence, and the judgment
should be affirmed, with costs of the appeal to the respondent.    All
concur.

